| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Stahl, Norman H | 2. Court or Organization US Court of Appeals - 1st Cir. | 3. Date of Report 05/05/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address US Court of Appeals 1 Courthouse Way, Suite 8730 Boston, Massachusetts 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE FINANCIAL OFFICE 2008 MAY 19 P 1: 54 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓]  NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | (1) Type (e.g., buy, sel , redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ashland House Associates | E | Distribution | M | W | | | | | |
| 2. Indian Trail Groves | A | Distribution | J | W | | | | | |
| 3. Cmn Stk, Exxon Mobil | A | Dividend | L | T | | | | | |
| 4. Cmn Stk, Johnson & Johnson | C | Dividend | L | T | Part Sell | 8/17 | L | F | |
| 5. Cmn Stk, Pepsico | B | Dividend | M | T | Part Sell | 8/17 | K | C | |
| 6. Cmn Stk, Exxon Mobil | C | Dividend | M | T | | | | | |
| 7. Shrs, Inst. Daily Inc. Fund - IRA | A | Dividend | | | Closed | 4/30 | O | A | |
| 8. Shrs, Europacific Growth Fund - IRA | D | Dividend | L | T | | | | | |
| 9. Shrs, Washington Mutual Investors Fund - IRA | D | Dividend | M | T | | | | | |
| 10. Shrs, Europacific Growth Fund - IRA | C | Dividend | K | T | | | | | |
| 11. Shrs, Washington Mutual Investors Fund - IRA | C | Dividend | L | T | | | | | |
| 12. Shrs, Inst. Daily Income Fund | A | Dividend | | | Closed | 4/30 | L | A | |
| 13. Cmn Stk, Stryker Corp | A | Dividend | M | T | Buy Add | 10/2 | J | | |
| 14. | | | | | Buy Add | 10/26 | J | | |
| 15. Svgs Acct, Martha's Vineyard Cooperative Bank | A | Interest | J | T | | | | | |
| 16. Cmn Stk, General Electric Co | D | Dividend | M | T | Part Sell | 8/25 | J | B | |
| 17. Massachusetts St Bond 6%, 11/1/10 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =●ther | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Maassachusetts Bay Trans Auth Bond 5.5%, 3/11/11 | B | Interest | K | T | | | | | |
| 19. Dighton & Rehoboth MA Bond 4.75%, 5/1/13 | B | Interest | K | T | | | | | |
| 20. Wenham MA Bond 4.9%, 6/1/17 | B | Interest | K | T | | | | | |
| 21. Cmn Stk, Kellogg Co | A | Dividend | K | T | Part Sell | 3/30 | J | B | |
| 22. | | | | | Part Sell | 8/17 | K | D | |
| 23. Cmn Stk, Target Corp | A | Dividend | K | T | Part Sell | 8/17 | K | D | |
| 24. Cmn Stk, Kellogg Co - IRA | A | Dividend | | | Sold | 5/3 | M | F | |
| 25. Cmn Stk, Target Corp - IRA | A | Dividend | | | Sold | 5/3 | M | F | |
| 26. Massachusetts Bay Trans Auth Bond, 5.25%, 3/1/07 | A | Interest | | | Sold | 3/1 | K | A | |
| 27. Cmn Stk, Kellogg Co | A | Dividend | K | T | Part Sell | 8/17 | K | D | |
| 28. MM Acct, Citizens Bank | A | Interest | L | T | | | | | |
| 29. Inv. Cash, WP Stewart Securities, Ltd | C | Interest | | | Closed | 4/30 | M | A | |
| 30. Cmn Stk, Amgen Corp | | None | | | Part Sell | 1/18 | J | B | |
| 31. | | | | | Part Sell | 3/13 | J | A | |
| 32. | | | | | Part Sell | 4/24 | J | A | |
| 33. | | | | | Sold | 8/17 | K | A | |
| 34. Cmn Stk, Qualcomm | A | Dividend | | | Sold | 8/17 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cmn Stk, Amgen Corp - IRA | | None | | | Sold | 5/3 | L | E | |
| 36. Cmn Stk, Qualcomm - IRA | A | Dividend | | | Sold | 5/3 | L | E | |
| 37. Cmn Stk, Amgen Corp | | None | | | Part Sell | 1/18 | J | A | |
| 38. | | | | | Part Sell | 3/13 | J | A | |
| 39. | | | | | Part Sell | 4/24 | J | A | |
| 40. | | | | | Sold | 8/17 | K | A | |
| 41. Cmn Stk, Qualcomm | A | Dividend | | | Part Sell | 3/28 | J | A | |
| 42. | | | | | Sold | 8/17 | K | D | |
| 43. Cmn Stk, Target | A | Dividend | K | T | Part Sell | 8/17 | K | D | |
| 44. Cmn Stk, Pfizer | B | Dividend | | | Sold | 8/20 | K | E | |
| 45. Cmn Stk, Proctor & Gamble | A | Dividend | L | T | Part Sell | 8/17 | K | C | |
| 46. Cmn Stk, Amazon.com | | None | | | Part Sell | 3/6 | K | C | |
| 47. | | | | | Sold | 3/7 | J | A | |
| 48. Cmn Stk, American Express Co | A | Dividend | K | T | Part Sell | 8/17 | K | D | |
| 49. Cmn Stk, Charles Schwab Corp | A | Dividend | K | T | Part Sell | 1/9 | J | B | |
| 50. | | | | | Part Sell | 1/10 | J | B | |
| 51. | | | | | Part Sell | 1/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Part Sell | 8/17 | K | D | |
| 53. Cmn Stk, General Electric | B | Dividend | | | Part Sell | 8/17 | K | C | |
| 54. | | | | | Sold | 10/25 | K | C | |
| 55. Cmn Stk, Proctor & Gamble - IRA | B | Dividend | | | Sold | 5/3 | M | E | |
| 56. Cmn Stk, Amazon.com - IRA | | None | | | Sold | 5/3 | K | C | |
| 57. Cmn Stk, American Express Co - IRA | B | Dividend | | | Sold | 5/3 | M | E | |
| 58. Cmn Stk, Charles Schwab Corp - IRA | A | Dividend | | | Sold | 5/3 | M | F | |
| 59. Cmn Stk, General Electric - IRA | C | Dividend | | | Sold | 5/3 | M | E | |
| 60. Waterford WI 5% 4/1/13 Bond | B | Interest | K | T | | | | | |
| 61. Cmn Stk, Amazon.com | | None | | | Part Sell | 3/1 | J | A | |
| 62. | | | | | Sold | 3/7 | J | A | |
| 63. Cmn Stk, American Express | A | Dividend | | | Sold | 8/17 | K | C | |
| 64. Cmn Stk, Charles Schwab Corp | A | Dividend | K | T | Part Sell | 1/9 | J | A | |
| 65. | | | | | Part Sell | 1/10 | J | A | |
| 66. | | | | | Part Sell | 1/11 | J | A | |
| 67. | | | | | Part Sell | 8/17 | K | D | |
| 68. Cmn Stk, Proctor & Gamble | B | Dividend | K | T | Buy Add | 3/23 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Part Sell | 8/17 | K | B | |
| 70. Cmn Stk, Medco Health Solutions | | None | | | Sold | 8/17 | J | D | |
| 71. Cmn Stk, Walt Disney Co | A | Dividend | K | T | Part Sell | 1/25 | K | C | |
| 72. | | | | | Prt Sell | 3/23 | J | A | |
| 73. | | | | | Part Sell | 8/17 | K | D | |
| 74. Cmn Stk, Pepsico | B | Dividend | L | T | Buy Add | 3/5 | K | | |
| 75. | | | | | Part Sell | 8/17 | K | D | |
| 76. Cmn Stk, Time Warner Inc | A | Dividend | | | Part Sell | 1/9 | J | A | |
| 77. | | | | | Part Sell | 1/10 | J | A | |
| 78. | | | | | Part Sell | 1/11 | J | A | |
| 79. | | | | | Part Sell | 1/18 | J | B | |
| 80. | | | | | Part Sell | 4/23 | K | D | |
| 81. | | | | | Part Sell | 5/22 | J | A | |
| 82. | | | | | Sold | 6/26 | J | A | |
| 83. Cmn Stk, Walt Disney Co - IRA | A | Dividend | | | Sold | 5/3 | M | E | |
| 84. Cmn Stk, Pepsico - IRA | B | Dividend | | | Sold | 5/3 | M | E | |
| 85. Cmn Stk, Time Warner Inc - IRA | B | Dividend | | | Sold | 5/3 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Massachusetts St Wtr 5.5% 8/1/09 Bond | B | Interest | K | T | | | | | |
| 87. Springfield MA GO 5% 8/1/10 Bond | B | Interest | K | T | | | | | |
| 88. Northwest Allen Ind Sch 5% 7/15/13 Bond | B | Interest | K | T | | | | | |
| 89. Cmn Stk, Walt Disney Co | A | Dividend | K | T | Part Sell | 1/25 | J | B | |
| 90. | | | | | Part Sell | 3/23 | J | B | |
| 91. | | | | | Part Sell | 8/17 | K | D | |
| 92. Cmn Stk, Time Warner Inc | A | Dividend | | | Part Sell | 1/9 | J | B | |
| 93. | | | | | Part Sell | 1/10 | J | A | |
| 94. | | | | | Part Sell | 1/18 | J | A | |
| 95. | | | | | Part Sell | 4/9 | K | C | |
| 96. | | | | | Part Sell | 4/23 | J | A | |
| 97. | | | | | Sold | 6/26 | J | C | |
| 98. Cmn Stk, Carnival Corp | A | Dividend | | | Part Sell | 3/1 | J | A | |
| 99. | | | | | Sold | 3/20 | K | A | |
| 100. Cmn Stk, EBAY Inc | | None | K | T | Buy Add | 1/10 | J | | |
| 101. | | | | | Part Sell | 4/13 | K | A | |
| 102. | | | | | Prt Sell | 8/17 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B) and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15.000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Cmn Stk, Walgreen Co | A | Dividend | | | Buy Add | 1/9 | J | | |
| 104. | | | | | Buy Add | 1/10 | J | | |
| 105. | | | | | Buy Add | 3/28 | J | | |
| 106. | | | | | Sold | 10/5 | K | A | |
| 107. Cmn Stk, Whole Foods Market Inc | | None | | | Buy Add | 1/18 | J | | |
| 108. | | | | | Buy Add | 1/19 | J | | |
| 109. | | | | | Buy Add | 1/25 | J | | |
| 110. | | | | | Part Sell | 8/17 | K | A | |
| 111. | | | | | Sold | 10/25 | K | A | |
| 112. Cmn Stk, WM Wrigley Jr Co | A | Dividend | K | T | Part Sell | 8/17 | K | C | |
| 113. Cmn Stk, Wyeth Co | A | Dividend | | | Part Sell | 5/22 | J | A | |
| 114. | | | | | Part Sell | 8/17 | K | A | |
| 115. | | | | | Sold | 10/25 | K | A | |
| 116. Cmn Stk, Carnival Corp - IRA | A | Dividend | | | Part Sell | 3/1 | J | A | |
| 117. | | | | | Sold | 3/20 | K | A | |
| 118. Cmn Stk, EBAY Inc - IRA | | None | | | Sold | 5/3 | L | D | |
| 119. Cmn Stk, Walgreen Co - IRA | A | Dividend | | | Part Sell | 5/3 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 10/1 | L | A | |
| 121. Cmn Stk, Whole Foods Market Inc - IRA | | None | | | Sold | 5/3 | L | A | |
| 122. Cmn Stk, WM Wrigley Jr Co - IRA | A | Dividend | | | Sold | 5/3 | L | D | |
| 123. Cmn Stk, Wyeth Co - IRA | A | Dividend | | | Sold | 5/3 | M | E | |
| 124. Las Vegas NV GO 5.0% 4/1/15 Bond | A | Interest | K | T | | | | | |
| 125. Lowell MA GO 5.0% 12/15/15 Bond | A | Interest | K | T | | | | | |
| 126. Methuen MA GO 5.0% 10/15/14 Bond | | None | K | T | | | | | |
| 127. Cmn Stk, Carnival Corp | | None | | | Part Sell | 3/1 | J | A | |
| 128. | | | | | Sold | 3/20 | K | A | |
| 129. Cmn Stk, EBAY Inc | | None | | | Buy Add | 1/10 | J | | |
| 130. | | | | | Part Sell | 3/28 | K | A | |
| 131. | | | | | Part Sell | 4/13 | J | A | |
| 132. | | | | | Part Sell | 8/17 | J | B | |
| 133. | | | | | Sold | 10/25 | K | C | |
| 134. Cmn Stk, Walgreen Co | A | Dividend | | | Buy Add | 3/27 | J | | |
| 135. | | | | | Part Sell | 8/17 | J | A | |
| 136. | | | | | Part Sell | 10/1 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50.000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 10/5 | K | A | |
| 138. Cmn Stk, Whole Foods Market Inc | | None | | | Part Sell | 8/17 | J | A | |
| 139. | | | | | Sold | 10/25 | J | A | |
| 140. Cmn Stk, WM Wrigley Jr Co | A | Dividend | K | T | Part Sell | 8/17 | J | B | |
| 141. Cmn Stk, Wyeth Co | A | Dividend | | | Part Sell | 5/22 | J | A | |
| 142. | | | | | Part Sell | 8/17 | K | A | |
| 143. | | | | | Sold | 10/25 | K | A | |
| 144. Restricted Cash Acct, DSM Capital Partners, LLC | E | Interest | N | T | Open | 4/30 | N | | |
| 145. Cmn Stk, Adobe Systems | | None | J | T | Buy | 8/17 | J | | |
| 146. | | | | | Buy Add | 10/26 | J | | |
| 147. Cmn Stk, Allergan | A | Dividend | K | T | Buy | 8/17 | J | | |
| 148. | | | | | Buy Add | 9/24 | J | | |
| 149. | | | | | Buy Add | 10/26 | J | | |
| 150. Cmn Stk, Apple Computer | | None | K | T | Buy | 8/17 | K | | |
| 151. Cmn Stk, Autodesk | | None | J | T | Buy | 8/17 | J | | |
| 152. | | | | | Buy Add | 10/2 | J | | |
| 153. | | | | | Buy Add | 10/26 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,000 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Cmn Stk, Automatic Data Processing | A | Dividend | K | T | Buy | 8/17 | J | | |
| 155. | | | | | Buy Add | 10/2 | J | | |
| 156. | | | | | Buy Add | 10/26 | J | | |
| 157. Cmn Stk, Boeing | A | Dividend | J | T | Buy | 8/17 | J | | |
| 158. | | | | | Buy Add | 10/1 | J | | |
| 159. | | | | | Part Sell | 10/15 | J | A | |
| 160. | | | | | Buy Add | 10/26 | J | | |
| 161. Cmn Stk, CH Robinson Worldwide | A | Dividend | K | T | Buy | 8/17 | J | | |
| 162. | | | | | Buy Add | 10/26 | J | | |
| 163. Cmn Stk, Celgene | | None | K | T | Buy | 8/17 | K | | |
| 164. | | | | | Buy Add | 10/25 | J | | |
| 165. | | | | | Buy Add | 10/26 | J | | |
| 166. Cmn Stk, Cisco Systems | | None | K | T | Buy | 8/17 | J | | |
| 167. | | | | | Buy Add | 10/1 | J | | |
| 168. | | | | | Buy Add | 10/26 | J | | |
| 169. Cmn Stk, Cognizant Technology Solutions | | None | K | T | Buy | 9/17 | J | | |
| 170. | | | | | Buy Add | 10/2 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy Add | 10/26 | J | | |
| 172. Cmn Stk, Corning | A | Dividend | K | T | Buy | 9/5 | J | | |
| 173. | | | | | Buy Add | 9/10 | J | | |
| 174. | | | | | Buy Add | 10/2 | J | | |
| 175. | | | | | Buy Add | 10/26 | J | | |
| 176. Cmn Stk, CVS Caremark | A | Dividend | J | T | Buy | 8/17 | J | | |
| 177. | | | | | Part Sell | 10/1 | J | A | |
| 178. | | | | | Buy Add | 10/26 | J | | |
| 179. Cmn Stk, CR Bard | A | Dividend | K | T | Buy | 8/17 | J | | |
| 180. | | | | | Buy Add | 10/1 | J | | |
| 181. | | | | | Buy Add | 10/26 | J | | |
| 182. Cmn Stk, Expeditors International | A | Dividend | J | T | Buy | 9/17 | J | | |
| 183. Cmn Stk, Franklin Resources | A | Dividend | J | T | Buy | 8/17 | J | | |
| 184. | | | | | Buy Add | 10/26 | J | | |
| 185. Cmn Stk, Genzyme | | None | K | T | Buy | 8/17 | J | | |
| 186. | | | | | Buy Add | 10/1 | J | | |
| 187. | | | | | Buy Add | 10/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy Add | 10/26 | J | | |
| 189. Cmn Stk, Gen Probe | | None | J | T | Buy | 12/21 | J | | |
| 190. Cmn Stk, Google | | None | K | T | Buy | 8/17 | K | | |
| 191. | | | | | Buy Add | 10/1 | J | | |
| 192. | | | | | Buy Add | 10/26 | J | | |
| 193. Cmn Stk, Halliburton | A | Dividend | J | T | Buy | 8/17 | J | | |
| 194. | | | | | Buy Add | 9/20 | J | | |
| 195. | | | | | Buy Add | 10/26 | J | | |
| 196. Cmn Stk, Invesco | | None | J | T | Buy | 10/26 | J | | |
| 197. Cmn Stk, Monsanto | A | Dividend | K | T | Buy | 8/17 | K | | |
| 198. | | | | | Part Sell | 9/24 | J | B | |
| 199. Cmn Stk, News Corp | A | Dividend | J | T | Buy | 10/26 | J | | |
| 200. Cmn Stk, Schlumberger | A | Dividend | K | T | Buy | 8/17 | K | | |
| 201. | | | | | Part Sell | 9/20 | J | A | |
| 202. | | | | | Buy Add | 10/26 | J | | |
| 203. Cmn Stk, SEI Investments | A | Dividend | K | T | Buy | 8/17 | J | | |
| 204. | | | | | Buy Add | 9/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy Add | 10/1 | J | | |
| 206. | | | | | Buy Add | 10/26 | J | | |
| 207. Cmn Stk, State Street | A | Dividend | K | T | Buy | 8/17 | J | | |
| 208. | | | | | Buy Add | 10/1 | J | | |
| 209. | | | | | Buy Add | 10/2 | J | | |
| 210. | | | | | Buy Add | 10/26 | J | | |
| 211. Cmn Stk, Stryker | A | Dividend | K | T | Buy | 10/2 | J | | |
| 212. | | | | | Buy Add | 10/26 | J | | |
| 213. Cmn Stk, T. Rowe Price Group | A | Dividend | J | T | Buy | 8/17 | J | | |
| 214. | | | | | Buy Add | 10/1 | J | | |
| 215. Cmn St, Varian Medical Systems | | None | K | T | Buy | 8/17 | J | | |
| 216. | | | | | Buy Add | 10/1 | J | | |
| 217. | | | | | Buy Add | 10/25 | J | | |
| 218. | | | | | Buy Add | 10/26 | J | | |
| 219. Cmn Stk, Weatherford International | | None | K | T | Buy | 8/17 | J | | |
| 220. | | | | | Buy Add | 10/1 | J | | |
| 221. | | | | | Buy Add | 10/26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Restricted Cash Acct, DSM Capital Partners LLC - IRA | E | Interest | O | T | ●pen | 4/30 | O | | |
| 223. Cmn Stk, Adobe Systems - IRA | | None | L | T | Buy | 4/30 | K | | |
| 224. | | | | | Buy Add | 10/26 | K | | |
| 225. Cmn Stk, Allergan - IRA | A | Dividend | M | T | Buy | 4/30 | K | | |
| 226. | | | | | Buy Add | 9/24 | K | | |
| 227. | | | | | Buy Add | 10/26 | J | | |
| 228. Cmn Stk, Apple Computer - IRA | | None | M | T | Buy | 4/30 | M | | |
| 229. | | | | | Part Sell | 6/11 | K | C | |
| 230. | | | | | Part Sell | 11/7 | K | E | |
| 231. Cmn Stk, Autodesk -IRA | | None | L | T | Buy | 5/18 | K | | |
| 232. | | | | | Part Sell | 7/6 | K | C | |
| 233. | | | | | Buy Add | 10/2 | K | | |
| 234. | | | | | Buy Add | 10/26 | J | | |
| 235. Cmn Stk, Automatic Data Processing - IRA | B | Dividend | L | T | Buy | 4/30 | K | | |
| 236. | | | | | Part Sell | 5/18 | K | B | |
| 237. | | | | | Part Sell | 6/14 | K | A | |
| 238. | | | | | Buy Add | 10/2 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,900 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy Add | 10/26 | J | | |
| 240. Cmn Stk, Boeing - IRA | B | Dividend | L | T | Buy | 4/30 | K | | |
| 241. | | | | | Buy Add | 10/1 | J | | |
| 242. | | | | | Part Sell | 10/15 | K | A | |
| 243. | | | | | Buy Add | 10/26 | J | | |
| 244. Cmn Stk, CH Robinson Worldwide - IRA | B | Dividend | L | T | Buy | 4/30 | K | | |
| 245. | | | | | Part Sell | 7/11 | K | A | |
| 246. | | | | | Buy Add | 10/26 | J | | |
| 247. Cmn Stk, Celgene - IRA | | None | M | T | Buy | 4/30 | L | | |
| 248. | | | | | Buy Add | 10/25 | J | | |
| 249. | | | | | Buy Add | 10/26 | J | | |
| 250. Cmn Stk, Cisco Systems - IRA | | None | L | T | Buy | 4/30 | K | | |
| 251. | | | | | Buy Add | 10/1 | J | | |
| 252. | | | | | Buy Add | 10/26 | J | | |
| 253. Cmn Stk, Cognizant Technology Solutions - IRA | | None | L | T | Buy | 9/17 | K | | |
| 254. | | | | | Buy Add | 10/2 | J | | |
| 255. | | | | | Buy Add | 10/26 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,000 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Cmn Stk, Corning - IRA | A | Dividend | L | T | Buy | 9/5 | K | | |
| 257. | | | | | Buy Add | 9/10 | J | | |
| 258. | | | | | Buy Add | 10/2 | J | | |
| 259. | | | | | Buy Add | 10/26 | J | | |
| 260. Cmn Stk, CVS Caremark - IRA | A | Dividend | K | T | Buy | 8/17 | J | | |
| 261. | | | | | Part Sell | 10/1 | K | A | |
| 262. | | | | | Buy Add | 10/26 | J | | |
| 263. Cmn Stk, CR Bard - IRA | A | Dividend | K | T | Buy | 8/17 | J | | |
| 264. | | | | | Buy Add | 10/1 | J | | |
| 265. | | | | | Buy Add | 10/26 | J | | |
| 266. | | | | | Part Sell | 12/20 | K | C | |
| 267. Cmn Stk, Franklin Resources - IRA | A | Dividend | L | T | Buy | 8/17 | K | | |
| 268. | | | | | Buy Add | 10/26 | J | | |
| 269. Cmn Stk, Genzyme - IRA | | None | M | T | Buy | 4/30 | K | | |
| 270. | | | | | Part Sell | 7/11 | K | A | |
| 271. | | | | | Buy Add | 10/1 | K | | |
| 272. | | | | | Buy Add | 10/16 | J | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy Add | 10/26 | J | | |
| 274. Cmn Stk, Gen Probe - IRA | | None | L | T | Buy | 12/21 | L | | |
| 275. Cmn Stk, Google - IRA | | None | M | T | Buy | 8/17 | K | | |
| 276. | | | | | Buy Add | 10/1 | K | | |
| 277. | | | | | Buy Add | 10/26 | J | | |
| 278. Cmn Stk, Halliburton - IRA | A | Dividend | L | T | Buy | 8/17 | K | | |
| 279. | | | | | Buy Add | 9/20 | K | | |
| 280. | | | | | Buy Add | 10/26 | J | | |
| 281. Cmn Stk, Invesco - IRA | | None | L | T | Buy | 10/26 | L | | |
| 282. Cmn Stk, Monsanto - IRA | A | Dividend | L | T | Buy | 8/17 | L | | |
| 283. | | | | | Part Sell | 9/13 | L | D | |
| 284. | | | | | Part Sell | 10/12 | K | D | |
| 285. Cmn Stk, News Corp - IRA | A | Dividend | K | T | Buy | 10/26 | K | | |
| 286. Cmn Stk, Schlumberger - IRA | A | Dividend | M | T | Buy | 8/17 | M | | |
| 287. | | | | | Part Sell | 9/5 | J | C | |
| 288. | | | | | Part Sell | 9/20 | K | D | |
| 289. | | | | | Buy Add | 10/26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Cmn Stk, SEI Investments - IRA | A | Dividend | M | T | Buy | 8/17 | L | | |
| 291. | | | | | Buy Add | 9/24 | J | | |
| 292. | | | | | Buy Add | 10/1 | J | | |
| 293. | | | | | Buy Add | 10/26 | J | | |
| 294. Cmn Stk, State Street - IRA | B | Dividend | M | T | Buy | 8/17 | L | | |
| 295. | | | | | Buy Add | 10/1 | K | | |
| 296. | | | | | Buy Add | 10/2 | J | | |
| 297. | | | | | Buy Add | 10/26 | J | | |
| 298. Cmn Stk, Stryker - IRA | A | Dividend | L | T | Buy | 10/2 | K | | |
| 299. | | | | | Buy Add | 10/26 | K | | |
| 300. Cmn St, Varian Medical Systems - IRA | | None | L | T | Buy | 8/17 | K | | |
| 301. | | | | | Buy Add | 10/1 | J | | |
| 302. | | | | | Buy Add | 10/25 | J | | |
| 303. | | | | | Buy Add | 10/26 | J | | |
| 304. Cmn Stk, Weatherford International - IRA | | None | L | T | Buy | 8/17 | K | | |
| 305. | | | | | Buy Add | 10/1 | J | | |
| 306. | | | | | Buy Add | 10/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Restricted Cash Acct, DSM Capital Partners LLC | D | Interest | N | T | ●pen | 4/30 | N | | |
| 308. Cmn Stk, Adobe Systems | | None | J | T | Buy | 8/17 | J | | |
| 309. | | | | | Buy Add | 10/26 | J | | |
| 310. Cmn Stk, Allergan | A | Dividend | K | T | Buy | 8/17 | J | | |
| 311. | | | | | Buy Add | 9/24 | J | | |
| 312. | | | | | Buy Add | 10/26 | J | | |
| 313. Cmn Stk, Apple Computer | | None | K | T | Buy | 8/17 | J | | |
| 314. Cmn Stk, Autodesk | | None | J | T | Buy | 8/17 | J | | |
| 315. | | | | | Buy Add | 10/2 | J | | |
| 316. | | | | | Buy Add | 10/26 | J | | |
| 317. Cmn Stk, Automatic Data Processing | A | Dividend | J | T | Buy | 8/17 | J | | |
| 318. | | | | | Buy Add | 10/2 | J | | |
| 319. | | | | | Buy Add | 10/26 | J | | |
| 320. Cmn Stk, Boeing | A | Dividend | J | T | Buy | 8/17 | J | | |
| 321. | | | | | Buy Add | 10/1 | J | | |
| 322. | | | | | Part Sell | 10/15 | J | A | |
| 323. | | | | | Buy Add | 10/26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Cmn Stk, CH Robinson Worldwide | A | Dividend | J | T | Buy | 8/17 | J | | |
| 325. | | | | | Buy Add | 10/26 | J | | |
| 326. Cmn Stk, Celgene | | None | K | T | Buy | 8/17 | K | | |
| 327. | | | | | Buy Add | 10/25 | J | | |
| 328. | | | | | Buy Add | 10/26 | J | | |
| 329. Cmn Stk, Cisco Systems | | None | J | T | Buy | 8/17 | J | | |
| 330. | | | | | Buy Add | 10/1 | J | | |
| 331. | | | | | Buy Add | 10/26 | J | | |
| 332. Cmn Stk, Cognizant Technology Solutions | | None | J | T | Buy | 9/17 | J | | |
| 333. | | | | | Buy Add | 10/2 | J | | |
| 334. | | | | | Buy Add | 10/26 | J | | |
| 335. Cmn Stk, Corning | A | Dividend | J | T | Buy | 9/5 | J | | |
| 336. | | | | | Buy Add | 9/10 | J | | |
| 337. | | | | | Buy Add | 10/2 | J | | |
| 338. | | | | | Buy Add | 10/26 | J | | |
| 339. Cmn Stk, CVS Caremark | A | Dividend | J | T | Buy | 8/17 | J | | |
| 340. | | | | | Part Sell | 10/1 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy Add | 10/26 | J | | |
| 342. Cmn Stk, CR Bard | A | Dividend | J | T | Buy | 8/17 | J | | |
| 343. | | | | | Buy Add | 10/1 | J | | |
| 344. | | | | | Buy Add | 10/26 | J | | |
| 345. Cmn Stk, Expeditors International | A | Dividend | J | T | Buy | 9/17 | J | | |
| 346. Cmn Stk, Franklin Resources | A | Dividend | J | T | Buy | 8/17 | J | | |
| 347. | | | | | Buy Add | 10/26 | J | | |
| 348. Cmn Stk, Genzyme | | None | K | T | Buy | 8/17 | J | | |
| 349. | | | | | Buy Add | 10/1 | J | | |
| 350. | | | | | Buy Add | 10/16 | J | | |
| 351. | | | | | Buy Add | 10/26 | J | | |
| 352. Cmn Stk, Gen Probe | | None | J | T | Buy | 11/1 | J | | |
| 353. | | | | | Buy Add | 12/21 | J | | |
| 354. Cmn Stk, Google | | None | K | T | Buy | 8/17 | J | | |
| 355. | | | | | Buy Add | 10/1 | J | | |
| 356. | | | | | Buy Add | 10/26 | J | | |
| 357. Cmn Stk, Halliburton | A | Dividend | J | T | Buy | 8/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy Add | 9/20 | J | | |
| 359. | | | | | Buy Add | 10/26 | J | | |
| 360. Cmn Stk, Invesco | | None | J | T | Buy | 10/26 | J | | |
| 361. Cmn Stk, Monsanto | A | Dividend | J | T | Buy | 8/17 | J | | |
| 362. | | | | | Part Sell | 9/13 | J | A | |
| 363. | | | | | Part Sell | 9/24 | J | A | |
| 364. Cmn Stk, News Corp | A | Dividend | J | T | Buy | 10/26 | J | | |
| 365. Cmn Stk, Schlumberger | A | Dividend | K | T | Buy | 8/17 | K | | |
| 366. | | | | | Part Sell | 9/13 | J | A | |
| 367. | | | | | Buy Add | 10/26 | J | | |
| 368. Cmn Stk, SEI Investments | A | Dividend | K | T | Buy | 8/17 | J | | |
| 369. | | | | | Buy Add | 9/24 | J | | |
| 370. | | | | | Buy Add | 10/26 | J | | |
| 371. Cmn Stk, State Street | A | Dividend | K | T | Buy | 8/17 | J | | |
| 372. | | | | | Buy Add | 10/1 | J | | |
| 373. | | | | | Buy Add | 10/2 | J | | |
| 374. | | | | | Buy Add | 10/26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Cmn Stk, T. Rowe Price Group | A | Dividend | J | T | Buy | 8/17 | J | | |
| 376. | | | | | Buy Add | 10/1 | J | | |
| 377. Cmn St, Varian Medical Systems | | None | K | T | Buy | 8/17 | J | | |
| 378. | | | | | Buy Add | 10/1 | J | | |
| 379. | | | | | Buy Add | 10/25 | J | | |
| 380. | | | | | Buy Add | 10/26 | J | | |
| 381. Cmn Stk, Weatherford International | | None | K | T | Buy | 8/17 | J | | |
| 382. | | | | | Buy Add | 10/1 | J | | |
| 383. | | | | | Buy Add | 10/26 | J | | |
| 384. Massachusetts St Sch Bldg Auth Bond, 5%, 10/15/14 | B | Interest | K | T | Buy | 3/1 | K | | |
| 385. Jefferson Cnty Al Ltd Oblig Bond, 5.25%, 1/1/16 | A | Interest | K | T | Buy | 10/3 | K | | |
| 386. Cmn Stk, Paychex | | None | | | Buy | 3/5 | L | | |
| 387. | | | | | Sold | 10/25 | L | C | |
| 388. Cmn Stk, Staples | | None | | | Buy | 4/9 | K | | |
| 389. | | | | | Sold | 10/25 | K | A | |
| 390. Cmn Stk, Zimmer Holdings | | None | | | Buy | 8/17 | J | | |
| 391. | | | | | Buy Add | 10/1 | J | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy Add | 10/2 | J | | |
| 393. | | | | | Sold | 10/25 | J | A | |
| 394. Cmn Stk, Intercontinental Exchange | None | | | | Buy | 8/17 | J | | |
| 395. | | | | | Sold | 9/5 | J | A | |
| 396. Cmn Stk, Intuitive Surgical | None | | | | Buy | 8/17 | J | | |
| 397. | | | | | Sold | 9/7 | J | A | |
| 398. Cmn Stk, Paychex - IRA | None | | | | Buy | 3/5 | K | | |
| 399. | | | | | Sold | 5/3 | K | A | |
| 400. Cmn Stk, Staples - IRA | None | | | | Buy | 4/9 | K | | |
| 401. | | | | | Sold | 5/3 | K | A | |
| 402. Cmn Stk, Zimmer Holdings - IRA | None | | | | Buy | 8/17 | L | | |
| 403. | | | | | Sold | 10/25 | L | A | |
| 404. Cmn Stk, Intuitive Surgical - IRA | None | | | | Buy | 8/17 | K | | |
| 405. | | | | | Part Sell | 9/5 | J | C | |
| 406. | | | | | Sold | 9/13 | K | D | |
| 407. Cmn Stk, T. Rowe Price Group - IRA | None | | | | Buy | 8/17 | L | | |
| 408. | | | | | Part Sell | 10/9 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold | 10/16 | K | C | |
| 410. Cmn Stk, Expeditors International - IRA | | None | | | Buy | 9/17 | K | | |
| 411. | | | | | Sold | 10/16 | K | C | |
| 412. Cmn Stk, Paychex | | None | | | Buy | 3/5 | J | | |
| 413. | | | | | Buy Add | 3/6 | J | | |
| 414. | | | | | Buy Add | 3/13 | J | | |
| 415. | | | | | Buy Add | 3/30 | J | | |
| 416. | | | | | Buy Add | 4/24 | J | | |
| 417. | | | | | Part Sell | 8/17 | J | A | |
| 418. | | | | | Sold | 10/25 | K | B | |
| 419. Cmn Stk, Staples | | None | | | Buy | 4/9 | J | | |
| 420. | | | | | Buy Add | 4/10 | J | | |
| 421. | | | | | Buy Add | 4/11 | J | | |
| 422. | | | | | Buy Add | 4/12 | J | | |
| 423. | | | | | Buy Add | 4/13 | J | | |
| 424. | | | | | Buy Add | 4/27 | J | | |
| 425. | | | | | Buy Add | 5/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy Add | 5/23 | J | | |
| 427. | | | | | Buy Add | 6/26 | J | | |
| 428. | | | | | Buy Add | 6/27 | J | | |
| 429. | | | | | Part Sell | 8/17 | J | A | |
| 430. | | | | | Sold | 10/25 | J | A | |
| 431. Cmn Stk, Intuitive Surgical | | None | | | Buy | 8/17 | J | | |
| 432. | | | | | Part Sell | 9/7 | J | A | |
| 433. | | | | | Sold | 9/13 | J | A | |
| 434. Cmn Stk, Intercontinental Exchange | | None | | | Buy | 8/17 | J | | |
| 435. | | | | | Sold | 9/5 | J | A | |
| 436. Cmn Stk, Zimmer Holdings | | None | | | Buy | 8/17 | J | | |
| 437. | | | | | Buy Add | 10/1 | J | | |
| 438. | | | | | Sold | 10/25 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/05/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544